UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the matter of:**

**United States of America**
　　　　v.
**Brett J. Farley**
**354 Pecan Court**
**Delaware, OH 43015**

Case No.: 2:25-mj-253

Magistrate Judge Vascura

### MOTION TO SEAL COMPLAINT AND ARREST WARRANT

Now comes the United States of America, by Emily Czerniejewski, Assistant United States Attorney for the Southern District of Ohio, and respectfully requests that this motion, any resulting order, the criminal complaint, affidavit in support of the criminal complaint, and arrest warrant in the above-entitled case be sealed as the defendant, Brett J. Farley is currently unaware of the federal investigation and prosecution of him.

WHEREFORE, the government respectfully requests that this motion, any resulting order, the criminal complaint, affidavit in support of the criminal complaint in this case be sealed.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

*/s/ Emily Czerniejewski*

EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 406-3572
Emily.Czerniejewski@usdoj.gov