**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,        :

                Plaintiff,      :        Case No.  2:25-mj-00253

    vs.                   :

                             :

BRETT J. FARLEY,            :

                Defendant.     :

## MOTION TO SEAL

The Defendant, Brett J. Farley, through undersigned counsel, respectfully requests the Court to seal the Defendant's Motion to Withdraw Motion to Determine Competency.  Sealing is justified because these filings reference information regarding Mr. Farley's mental health, which is protected from public disclosure.

WHEREFORE, counsel for Mr. Farley respectfully requests the court grant this Motion to Seal.

                Respectfully submitted,

                JOSEPH MEDICI FEDERAL
                PUBLIC DEFENDER

                  /s/ Laura E. Byrum
                Laura E. Byrum   (VA 48150) Assistant
                Federal Public Defender
                Office of the Federal Public Defender
                10 West Broad Street, Suite 1020
                Columbus, Ohio 43215-3469
                Telephone: (614) 469-2999
                Facsimile: (614) 469-5999
                Laura_Byrum@fd.org

                Attorney for Defendant
                Brett J. Farley

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Motion was electronically served upon counsel for the government.

    /s/    Laura E. Byrum
Laura E. Byrum (VA 48150) Assistant
Federal Public Defender

Attorney for Defendant
Brett J. Farley